IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AHSEN RAUF                                                                                       PLAINTIFF

Vs.                                    CASE NO.   5:08cv00208 JMM

ARKANSAS STATE POLICE, et al                                                        DEFENDANTS

## ORDER

Counsel for Plaintiff in the above case was recently granted permission to withdraw as counsel for Plaintiff and has supplied Plaintiff's mailing address to the Court.

Plaintiff is presently proceeding *pro se.*

The purpose of this Order is to direct Plaintiff's attention to the fact that he is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with said Rules.

Plaintiff must be familiar with Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

This case is currently scheduled for jury trial October 5, 2009.  Plaintiff must comply with the deadlines set out in the Final Scheduling Order.  The Clerk is requested to mail a copy of the Final Scheduling Order to Plaintiff.

IT IS SO ORDERED THIS 18th day of February, 2009.


_____
UNITED STATES DISTRICT JUDGE