IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AHSEN RAUF**                                                                                                       **PLAINTIFF**

**V.**                                          **5:08CV00208 JMM**

**ARKANSAS STATE POLICE, et al**                                                          **DEFENDANTS**

## ORDER

This case is dismissed without prejudice for Plaintiff's failure to prosecute. *See* Rules of the United States District Court for the Eastern and Western Districts of Arkansas, LR5.5(c)(2). Defendants' Motion to Dismiss (Docket # 32) is GRANTED. The Clerk is directed to close the case.

IT IS SO ORDERED this 8th day of April 2009.

_____
James M. Moody
United States District Judge